| United States Bankruptcy Court<br>*EASTERN* DISTRICT OF *WASHINGTON* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*HIGH MOUNTAIN HUNTING SUPPLY, LLC* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *26-0330504* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>*223 NORTH MISSION*<br>*Wenatchee, WA*     ZIPCODE *98801* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
|---|---|
| County of Residence or of the<br>Principal Place of Business: *Chelan* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*2635 INDY LANE*<br>*WENATCHEE, WA*     ZIPCODE *98801* | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*     ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☒ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**

(Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offical Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *HIGH MOUNTAIN HUNTING SUPPLY, LLC* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><b>X</b> _____  *9/15/2014*<br>Signature of Attorney for Debtor(s)            Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *HIGH MOUNTAIN HUNTING SUPPLY, LLC* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ JOHN W. BEUHLER JR.*
Signature of Attorney for Debtor(s)

*JOHN W. BEUHLER JR. WSBA# 14650*
Printed Name of Attorney for Debtor(s)

*JOHN BEUHLER LAW FIRM, PLLC*
Firm Name

*S. 23 WENATCHEE AVE., #124*
Address

*POB 3880*

*WENATCHEE, WA 98801*

*509 663-0531*
Telephone Number

*9/15/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ KELSEY HILDERBRAND*
Signature of Authorized Individual

*KELSEY HILDERBRAND*
Printed Name of Authorized Individual

*MANAGING MEMBER*
Title of Authorized Individual

*9/15/2014*
Date

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re *HIGH MOUNTAIN HUNTING SUPPLY, LLC*

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $           0.00 | | |
| B-Personal Property | *Yes* | *3* | $           0.00 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $           0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $     104,762.38 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *34* | | $     739,119.40 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $           0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $           0.00 |
| TOTAL | | *45* | $           0.00 | $     843,881.78 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re *HIGH MOUNTAIN HUNTING SUPPLY, LLC*

Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _HIGH MOUNTAIN HUNTING SUPPLY, LLC_          Case No. _____
               Debtor                                             (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A LLC

I, _KELSEY HILDERBRAND_ , _MANAGING MEMBER_ of the _LLC_ _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _46_ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.

Date: _9/15/2014_             Signature _/s/ KELSEY HILDERBRAND_ _____

                                  Name: _KELSEY HILDERBRAND_

                                   Title: _MANAGING MEMBER_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                          Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____             Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _HIGH MOUNTAIN HUNTING SUPPLY_____ ,  Case No._____
                    Debtor(s)                                                                                (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | **TOTAL $** | _0.00_ | |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

In re __HIGH MOUNTAIN HUNTING SUPPLY_____,   Case No. _____
                Debtor(s)                                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re *HIGH MOUNTAIN HUNTING SUPPLY* _____ ,   Case No. _____

   Debtor(s)                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *TRADEMARK, HIGH MOUNTAIN HUNTING LOGO Location: In debtor's possession* | | *Unknown* |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *MISCELLANEOUS OFFICE EQUIPMENT  (SOME MAY BE SUBJECT TO CREDITOR UCC FILINGS) Location: Some in debtor's possession.  Some in Alaska* | | *Unknown* |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | *CONSIGNMENT INVENTORY.  VARIOUS GUNS HELD FOR SALE ON CONSIGNMENT* | | *Unknown* |

Page   2   of   3

In re  *HIGH MOUNTAIN HUNTING SUPPLY*                              ,        Case No. _____

Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession

GONDOLA RACKING, RETAIL DISPLAYS, SUPRESSORS
Location: Some in debtor's possession.  Some in Alaska | | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➜                                                               $0.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

**In re** _HIGH MOUNTAIN HUNTING SUPPLY_ ,      **Case No.** _____
         **Debtor(s)**                                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | **Subtotal $**<br>(Total of this page) | | | $ 0.00 | $ 0.00 |
| | | | **Total $**<br>(Use only on last page) | | | $ 0.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re _HIGH MOUNTAIN HUNTING SUPPLY_____,     Case No._____

        **Debtor(s)**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_     **continuation sheets attached**

**In re** *HIGH MOUNTAIN HUNTING SUPPLY* _____ ,          Case No._____

                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Domestic Support Obligations*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 1*  *WA. STATE DEPT. OF REVENUE*  *PO BOX 220*  *Wenatchee WA 98807* | | *SALES AND B&O TAXES* | | | | $ 32,000.00 | $ 32,000.00 | $ 0.00 |
| Account No:  *Representing:*  *WA. STATE DEPT. OF REVENUE* | | *WA. STATE DEPT. OF REVENUE*  *630 N. CHELAN*  *Wenatchee WA 98801* | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 32,000.00 | 32,000.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

**In re** _HIGH MOUNTAIN HUNTING SUPPLY_ ,          Case No._____

                      **Debtor(s)**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 20,716.00 | $ 20,716.00 | $ 0.00 |
| Creditor # : 2 DEPARTMENT OF LABOR & INDUSTRIES COLLECTIONS Olympia WA 98504 | | WORKER'S COMP TAXES | | | | | | |
| Account No: Representing: DEPARTMENT OF LABOR & | | DEPT. OF LABOR & INDUSTRIES 519 GRANT ROAD East Wenatchee WA 98802 | | | | | | |
| Account No: Creditor # : 3 EMPLOYMENT SECURITY DEPARTMENT PO BOX 9046 Olympia WA 98507 | | PAYROLL TAXES | | | | $ 301.05 | $ 301.05 | $ 0.00 |
| Account No: Creditor # : 4 IRS PO BOX 145566 Cincinnati OH 45250 | | OVERDUE TAXES | | | | $ 51,745.33 | $ 51,745.33 | $ 0.00 |
| Account No: Representing: IRS | | IRS PO BOX 9941 STOP 5300 Ogden UT 84409 | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 72,762.38 | 72,762.38 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | 104,762.38 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 104,762.38 | 0.00 |

In re <u>HIGH MOUNTAIN HUNTING SUPPLY</u>                    ,    Case No. _____

<b>Debtor(s)</b>                                                              <b>(if known)</b>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> **4K LIFT SERVICES, INC** <br> **PO BOX 3239** <br> **Wenatchee WA 98807** | | | *SERVICES* | | | | $ 271.00 |
| Account No: <br> **Creditor # : 2** <br> **ABC COLLECTORS, INC.** <br> **PO BOX 1099** <br> **Kalispell MT 59903** | | | *COLLECTION ACCOUNT* <br> *RE: NEMO ARMS* | | | | $ 19,780.52 |
| Account No: <br> **Creditor # : 3** <br> **ACUSPORT CORP.** <br> **ONE HUNTER PLACE** <br> **Bellefontaine OH 43311** | X | | *HUNTING SUPPLIES* | | | | $ 25,347.42 |

*33* continuation sheets attached

**Subtotal $**     $ 45,398.94

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *HIGH MOUNTAIN HUNTING SUPPLY*                                          ,     Case No. _____
           **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Representing:* *ACUSPORT CORP.* | | *STA INTERNATIONAL* *PO BOX 906* *Prospect Heights IL 60070* | | | | |
| Account No: *Creditor # : 4* *ADELANTE MEDIA GROUP* *PO BOX 2888* *Yakima WA 98907* | | *ADVERTISING* | | | | *$ 200.00* |
| Account No: *Creditor # : 5* *ALL SPORTS - BIG ROCK SPORTS, LLC* *PO BOX 1449* *Graham NC 27253* | X | *STORE PRODUCT* | | | | *Unknown* |
| Account No: *Creditor # : 6* *ALPINE AIRE* *1306 WALNUT STREET* *Wenatchee WA 98801* | | | | | | *Unknown* |
| Account No: *Creditor # : 7* *ALTUS GLOBAL TRADE SOLUTIONS* *2400 VETERANS BLVD* *STE 300* *Kenner LA 70062* | | *COLLECTION ACCOUNT* *RE: CHERRY CREEK RADIO* | | | | *Unknown* |

Sheet No. _1_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        **Subtotal $**        *$ 200.00*
                           **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,  Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 8 AMAZON / SYNCHRONY BANK PO BOX 960013 Orlando FL 32896 | X | CREDIT CARD | | | | $ 2,651.05 |
| Account No: Representing: AMAZON / SYNCHRONY BANK | | SYNCHRONY BANK ATTN: BANKRUPTCY DEPT. PO BOX 965060 Orlando FL 32896 | | | | |
| Account No: Creditor # : 9 AMERICAN EXPRESS P.O. BOX 650448 Dallas TX 75265 | X | CREDIT CARD | | | | $ 2,136.27 |
| Account No: Representing: AMERICAN EXPRESS | | NATIONWIDE CREDIT, INC. PO BOX 26314 Lehigh Valley PA 18002 | | | | |
| Account No: Creditor # : 10 ANDERSON, RANDALL & RICHARDS 3001 19TH STREET Metairie LA 70002 | | COLLECTION ACCOUNT RE: ALL SPORTS, LLC | | | | $ 36,991.07 |

Sheet No. _2_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 41,778.39

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,      Case No. _____
                **Debtor(s)**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 5,336.68 |
| Creditor # : 11 ARMADA CORP PO BOX 709 Wenatchee WA 98807 | | COLLECTION ACCOUNTS RE: JACKSON HOLE SODA, CONSOLIDATED DISPOSAL & JUSTIN HOPE. | | | | |
| Account No: | X | | | | | Unknown |
| Creditor # : 12 ASURIS NORTHWEST HEALTH PO BOX 91130 Seattle WA 98111 | | MEDICAL BILL / INSURANCE | | | | |
| Account No: | | | | | | $ 1,305.50 |
| Creditor # : 13 AXION ARCHERY 1324 UNION HILL ROAD SUITE C Alpharetta GA 30004 | | BUSINESS SUPPLIES | | | | |
| Account No: Representing: AXION ARCHERY | | INTERREGIONAL CREDIT SYSTEMS PO BOX 1059 Anoka MN 55303 | | | | |
| Account No: Representing: AXION ARCHERY | | PLOVIE LAW FIRM, PS PO BOX 878 Redmond WA 98073 | | | | |

Sheet No. _3_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              **Subtotal $**      $ 6,642.18

              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,                    Case No. _____
_____
**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 14 BANK OF AMERICA PO BOX 851001 Dallas TX 75285 | X | *2 CREDIT CARDS* | | | | $ 14,620.91 |
| **Account No:** Creditor # : 15 BANK OF AMERICA PO BOX 15220 Wilmington DE 19886 | X | | | | | $ 38,407.94 |
| **Account No:** Creditor # : 16 BENELLI USA PO BOX 64671 Baltimore MD 21264 | X | *SALES ORDERS* | | | | $ 3,420.56 |
| **Account No:** Creditor # : 17 BERETTA USA 17601 BERETTA DRIVE Accokeek MD 20607 | X | | | | | *Unknown* |
| **Account No:** Creditor # : 18 BLACK HOLE WEAPONRY 514 MILTON WAY Saint Helens OR 97051 | | *STORE PRODUCT* | | | | *Unknown* |

Sheet No. __4__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 56,449.41

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 19*<br>*BLADE TECH INDUSTRIES*<br>*5530 184TH STREET E*<br>*Puyallup WA 98375* | | | | | | | *Unknown* |
| Account No:<br>*Creditor # : 20*<br>*BRETT & SON, INC.*<br>*1350 WALNUT STREET*<br>*Wenatchee WA 98801* | | | *SERVICES RENDERED* | | | | *$ 253.22* |
| Account No:<br>*Creditor # : 21*<br>*BROWE, INC.*<br>*30870 STEPHENSON HWY*<br>*SUITE C*<br>*Madison Heights MI 48071* | | | | | | | *Unknown* |
| Account No:<br>*Creditor # : 22*<br>*BROWNING*<br>*ONE BROWNING PLACE*<br>*Morgan UT 84050* | X | | | | | | *Unknown* |
| Account No:<br>*Creditor # : 23*<br>*BUSINESS LICENSING SERVICE*<br>*PO BOX 9034*<br>*Olympia WA 98507* | | | *RETURNED CHECK*<br>*RE: WHEATLAND BANK* | | | | *$ 96.00* |

Sheet No. _5_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | *$ 349.22* |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  HIGH MOUNTAIN HUNTING SUPPLY                                    ,                    Case No. _____
                                          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 24** CAPITAL MANAGEMENT SERVICES, LP 698 1/2 SOUTH OGDEN ST. Buffalo NY 14206 | | | COLLECTION ACCOUNT RE: DISCOVER BANK | | | | $ 11,187.83 |
| Account No: **Creditor # : 25** CAPITAL ONE BANK, USA NA PO BOX 60599 City of Industry CA 91716 | X | | CREDIT CARD | | | | $ 16,518.22 |
| Account No: **Creditor # : 26** CARLSON CHOKE TUBES PO BOX 162 Atwood KS 67730 | X | | | | | | Unknown |
| Account No: **Creditor # : 27** CASCADE AUTO CENTER PO BOX 2987 Wenatchee WA 98807 | | | | | | | $ 1,000.00 |
| Account No: **Creditor # : 28** CASCADE GRAPHICS 3012 GS CENTER RD SUITE B Wenatchee WA 98801 | | | | | | | Unknown |

Sheet No.  6  of   33  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 28,706.05

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____

**Debtor(s)** *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 29** **CASCADE NATURAL GAS** **8113 W. GRANDRIDGE BLVD** **Kennewick WA 99336** | | | | | | | $ 0.00 |
| Account No: **Creditor # : 30** **CASCADE QUALITY WATER CENTER** **PO BOX 2199** **Wenatchee WA 98807** | | | **WATER COOLER RENTAL** | | | | $ 290.13 |
| Account No: **Creditor # : 31** **CASL** **2455 VISTA DEL MONTE** **Concord CA 94520** | | | | | | | Unknown |
| Account No: **Creditor # : 32** **CENTRAL BONDED COLLECTORS** **PO BOX 1073** **Moses Lake WA 98837** | | | **COLLECTION ACCOUNT** **RE: SAMARITAN HOSPITAL** | | | | $ 319.29 |
| Account No: **Creditor # : 33** **CENTURY LINK** **PO BOX 91155** **Seattle WA 98111** | | | **TELEPHONE SERVICE** | | | | $ 1,122.70 |

Sheet No. _7_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,732.12

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _HIGH MOUNTAIN HUNTING SUPPLY_ _____ ,     Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 34<br>CHARTER ARMS<br>18 BREWSTER LANE<br>Shelton CT 06484 | X | GUNS<br>RE: CLAIM NO. 10723 | | | | $ 1,524.00 |
| Account No:<br>Creditor # : 35<br>CHASE CARDMEMBER SERVICE<br>PO BOX 94014<br>Palatine IL 60094 | X | 3 CREDIT CARDS | | | | $ 57,799.77 |
| Account No:<br>Creditor # : 36<br>CHELAN COUNTY PUD<br>P.O. BOX 1231<br>Wenatchee WA 98801 | | UTILITIES | | | | $ 1,118.25 |
| Account No:<br>Creditor # : 37<br>CHERRY CREEK RADIO<br>501 S. CHERRY STREET<br>SUITE 480<br>Denver CO 80246 | | | | | | Unknown |
| Account No:<br>Creditor # : 38<br>CHEVRON / GECRB<br>PO BOX 530950<br>Atlanta GA 30353 | | CREDIT CARD | | | | $ 887.18 |

Sheet No. _8_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 61,329.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>HIGH MOUNTAIN HUNTING SUPPLY</u> , Case No. _____
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 39 CHRIS FOSTER 7797 FISH HATCHERY RD Leavenworth WA 98826 | | GUN ON CONSIGNMENT | | | | Unknown |
| **Account No:** Creditor # : 40 CHRISTENSEN ARMS PO BOX 240 Gunnison UT 84634 | X | | | | | $ 30,285.00 |
| **Account No:** Creditor # : 41 CISCO, INC. PO BOX 801088 Houston TX 77280 | | COLLECTION ACCOUNT RE: ZEBCO A. WC BRADLEY CO. | | | | $ 2,147.73 |
| **Account No:** Creditor # : 42 CITY OF MOSES LAKE PO BOX 1579 Monitor WA 98836 | | UTILITY SERVICE | | | | $ 513.80 |
| **Account No:** Creditor # : 43 CITY OF WENATCHEE PO BOX 519 Wenatchee WA 98807 | | UTILITY BILL | | | | $ 353.98 |

Sheet No. _9_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 33,300.51

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____
   **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 44** **CLEAN CONNECTION** **10 FIFTH STREET** **Wenatchee WA 98807** | | **CARPET CLEANING** | | | | $ 306.00 |
| Account No: **Creditor # : 45** **COFACE COLLECTIONS NORTH AMERICA, INC.** **PO BOX 1389** **Kenner LA 70063** | | **COLLECTION ACCOUNT** **RE: NORTHLAND FISHING TACKLE INC.** | | | | $ 2,689.83 |
| Account No: **Creditor # : 46** **COLLECTION BUREAU OF AMERICA** **PO BOX 5013** **Hayward CA 94540** | | **COLLECTION ACCOUNTS** **RE: DS SERVICES** | | | | $ 612.53 |
| Account No: **Creditor # : 47** **COLUMBIA BASIN BAIT** **83516 N. HARRINGTON RD** **West Richland WA 99353** | | | | | | *Unknown* |
| Account No: **Creditor # : 48** **COLUMBIA BASIN HERALD** **PO BOX 910** **Moses Lake WA 98837** | | **ADVERTISING** | | | | $ 11,130.90 |

Sheet No. __10__ of ___33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 14,739.26

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,                    Case No. _____
                     **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 49** CONSOLIDATED DISPOSAL SERVICES, INC. PO BOX 1154 Ephrata WA 98823 | | | GARBAGE SERVICE | | | | $ 276.29 |
| Account No: **Creditor # : 50** CONVERGENT COMMERCIAL, INC. 925 WESTCHESTER AVE. SUITE 101 West Harrison NY 10604 | | | COLLECTION ACCOUNT RE: SUPERMEDIA, LLC | | | | $ 4,696.78 |
| Account No: **Creditor # : 51** CORDELL, NEHER & COMPANY PO BOX 3068 Wenatchee WA 98807 | | | ACCOUNTING BILL | | | | $ 1,095.20 |
| Account No: **Creditor # : 52** COVERT SCOUTING CAMERAS, INC. 4338 GREENRIDGE SPA RD Lewisburg KY 42256 | | | | | | | *Unknown* |
| Account No: **Creditor # : 53** CRYSTAL SPRINGS 5660 NEW NORTHSIDE DR SUITE 500 Atlanta GA 30328 | | | | | | | *Unknown* |

Sheet No. __11__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                      $ 6,068.27

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *HIGH MOUNTAIN HUNTING SUPPLY*                                    ,      Case No. _____
         **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 54*<br>*DAVID RODSTOL, INC.*<br>*12 N. WENATCHEE AVE.*<br>*Wenatchee WA 98801* | | | | | | | *Unknown* |
| Account No:<br>*Creditor # : 55*<br>*DAVID SPARKS*<br>*12238 N. FRONTAGE ROAD*<br>*Moses Lake WA 98837* | | | | | | | *Unknown* |
| Account No:<br>*Creditor # : 56*<br>*DELLWO, ROBERTS & SCANLON LAW OFFICES*<br>*1124 WEST RIVERSIDE AVE.*<br>*SUITE 310*<br>*Spokane WA 99201* | | | *COLLECTION ACCOUNT*<br>*RE: TDJ, INC. dba CHRISTENSEN ARMS* | | | | $ 30,785.00 |
| Account No:<br>*Creditor # : 57*<br>*DEX MEDIA*<br>*PO BOX 79167*<br>*Phoenix AZ 85062* | | | *ADVERTISING* | | | | $ 554.35 |
| Account No:<br>*Creditor # : 58*<br>*EDWARD JONES*<br>*PO BOX 3383*<br>*Wenatchee WA 98807* | | | *RETIREMENT FEE* | | | | $ 40.00 |

Sheet No. __12__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   |   $ 31,379.35
**Total $**   |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,        Case No. _____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 59** *ELLETT BROTHERS* *PO BOX 128* *Chapin SC 29036* | | | *BUSINESS SUPPLIES* | | | | $ 38,518.69 |
| Account No: *Representing:* *ELLETT BROTHERS* | | | CST CO. INCORPORATED PO BOX 33127 Louisville KY 40232 | | | | |
| Account No: *Representing:* *ELLETT BROTHERS* | | | LAW OFFICE OF MICHAEL LOVEJOY PO BOX 25340 Seattle WA 98165 | | | | |
| Account No: **Creditor # : 60** *FARMERS INSURANCE* *PAYMENT PROCESSING CENTER* *PO BOX 894883* *Los Angeles CA 90189* | | | *TRUCK INSURANCE* | | | | $ 495.20 |
| Account No: **Creditor # : 61** *FERADYNE OUTDOORS LLC* *110 BEASLEY ROAD* *Cartersville GA 30120* | | | *BUSINESS SUPPLIES* | | | | $ 6,508.06 |

Sheet No. _13_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 45,521.95

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,                    Case No. _____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* *FERADYNE OUTDOORS LLC* | | | *INTERREGIONAL CREDIT SYSTEMS* *PO BOX 1059* *Anoka MN 55303* | | | | |
| Account No: *Representing:* *FERADYNE OUTDOORS LLC* | | | *PLOVIE LAW FIRM, PS* *PO BOX 878* *Redmond WA 98073* | | | | |
| Account No: *Creditor # : 62* *FIBER COMMUNICATIONS* *135 BASIN STREET SW* *Ephrata WA 98823* | | | | | | | *Unknown* |
| Account No: *Creditor # : 63* *FINANCIAL PACIFIC LEASING* *3455 SOUTH 344 WAY* *SUITE 300* *Auburn WA 98001* | | | *SECURITY SYSTEM & POS SYSTEM* | | | | $ 44,521.00 |
| Account No: *Creditor # : 64* *FOUNDATION BANK* *1110 112TH AVE NE* *SUITE 200* *Bellevue WA 98004* | | | *COMMERCIAL LOAN* | | | | $ 19,752.47 |

Sheet No. _14_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 64,273.47

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____
          **Debtor(s)**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> FULL CIRCLE FINANCE <br> 11 SPOKANE ST <br> SUITE 306 <br> Wenatchee WA 98801 | | | DEFAULT OF AGREEMENT | | | | $ 18,574.28 |
| Account No: <br> Creditor # : 66 <br> GE CAPITAL <br> P.O. BOX 965004 <br> Orlando FL 32896 | | | CREDIT CARDS | | | | Unknown |
| Account No: <br> Creditor # : 67 <br> GE CAPITAL <br> P.O. BOX 965013 <br> Orlando FL 32896 | | | CREDIT CARD | | | | Unknown |
| Account No: <br> Creditor # : 68 <br> GRANT COUNTY PUBLIC UTILITY DIST <br> CUSTOMER SERVICE <br> PO BOX 878 <br> Ephrata WA 98823 | | | UTILITIES | | | | $ 941.79 |
| Account No: <br> Creditor # : 69 <br> GRAVITY PAYMENTS <br> 1455 NW LEARY WAY <br> SUITE 200 <br> Seattle WA 98107 | | | UNPAID FEES | | | | $ 50.00 |

Sheet No. _15_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 19,566.07

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_____ ,     Case No._____

                  **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 70 <br> GREENBERG, GRANT & RICHARDS <br> PO BOX 571811 <br> Houston TX 77257 | | | COLLECTION ACCOUNT <br> RE: WERKS, LTD | | | | *Unknown* |
| Account No: <br> Creditor # : 71 <br> GREENBERG, GRANT & RICHARDS, INC. <br> PO BOX 571811 <br> Houston TX 77257 | | | COLLECTION ACCOUNT <br> RE: WERKS LTD | | | | $ 3,751.69 |
| Account No: <br> Creditor # : 72 <br> HAGADONE DIRECTORIES <br> P.O. BOX 1266 <br> Coeur d Alene ID 83816 | | | ADVERTISING | | | | $ 8,696.21 |
| Account No: <br> Representing: <br> HAGADONE DIRECTORIES | | | COFACE COLLECTIONS N. AMERICA <br> PO BOX 1389 <br> Kenner LA 70063 | | | | |
| Account No: <br> Representing: <br> HAGADONE DIRECTORIES | | | OLDE CITY FINANCIAL, INC. <br> PO BOX 800 <br> Wayne PA 19087 | | | | |

Sheet No. _16_ of _33_ continuation sheets attached to Schedule of              **Subtotal $**     $ 12,447.90

Creditors Holding Unsecured Nonpriority Claims                                          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No._____

Debtor(s)  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 73** **HICKS, INC.** **PO BOX DRAWER 232** **Spokane WA 99220-3333** | | | | | | *Unknown* |
| Account No: **Creditor # : 74** **HOME DEPOT CREDIT SERVICES** **PROCESSING CENTER** **Des Moines IA 50364** | | **CREDIT CARD** | | | | **$ 1,389.84** |
| Account No: **Creditor # : 75** **HUDALLA ASSOCIATES, INC.** **47500 COUNTY HWY 51** **Perham MN 56573** | | | | | | *Unknown* |
| Account No: **Creditor # : 76** **INTERREGIONAL CREDIT SYSTEMS, INC.** **PO BOX 1059** **Anoka MN 55303** | | **COLLECTION ACCOUNT** **RE: MATHEWS ARCHERY, INC.** | | | | **$ 2,898.00** |
| Account No: **Creditor # : 77** **JEFFERS, DANIELSON, SONN & AYLWARD** **PO BOX 1688** **Wenatchee WA 98807** | | **ATTORNEY FEES** | | | | **$ 3,897.34** |

Sheet No. _17_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | **$ 8,185.18**

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ _____ ,          Case No. _____
                           **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 78** JOANNE WEBB C/O CHARLES STEINBERG LAW FIRM 323 NORTH MILLER STREET Wenatchee WA 98801 | | SUMMONS & COMPLAINT | | | | *Unknown* |
| Account No: **Creditor # : 79** KENCO EQUIPMENT LEASE CO PO BOX 220 Tualatin OR 97062 | | LEASE DEFAULT | | | | $ 5,622.62 |
| Account No: **Creditor # : 80** KEYHOLE SECURITY 238 S. WENATCHEE AVE. Wenatchee WA 98801 | | SECURITY SYSTEM | | | | $ 253.11 |
| Account No: **Creditor # : 81** KTECH DESIGNS, LLC PO BOX 455 Davison MI 48423 | | | | | | $ 545.22 |
| Account No: **Creditor # : 82** LAMAR ADVERTISING 1015 E. E. CATALDO Spokane WA 99202 | | ADVERTISING | | | | *Unknown* |

Sheet No. _18_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                         **Subtotal $**          $ 6,420.95

                                                         **Total $**

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,    Case No. _____

**Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 83 LARRY MAIN Moses Lake WA 98837 | | | GUN ON CONSIGNMENT | | | | Unknown |
| Account No: Creditor # : 84 LAW OFFICE OF J. MICHAEL LOVEJOY, PS PO BOX 25340 Seattle WA 98165 | | | COLLECTION ACCOUNT RE: CHERRY CREEK RADIO ADVERTISING | | | | $ 13,562.35 |
| Account No: Creditor # : 85 LEGACY SPORTS INTERNATIONAL 4750 LONGLEY LANE Reno NV 89502 | | | STORE PRODUCT | | | | Unknown |
| Account No: Creditor # : 86 LIMBSAVER 50 WEST ROSE NYE WAY Shelton WA 98584 | | | | | | | Unknown |
| Account No: Creditor # : 87 LOCAL TEL 343 GRANT ROAD East Wenatchee WA 98802 | | | INTERNET SERVICE | | | | $ 1,043.43 |

Sheet No. _19_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 14,605.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _HIGH MOUNTAIN HUNTING SUPPLY_____ ,    Case No._____

<b>Debtor(s)</b>    <b>(if known)</b>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 88 <br> LOWES <br> ATTN: BANKRUPTCY DEPT <br> PO BOX 103104 <br> Roswell GA 30076 | | | CREDIT CARD | | | | $ 3,364.11 |
| Account No: <br> Creditor # : 89 <br> LOWE'S <br> P.O BOX 1111 <br> North Wilkesboro NC 28656 | | | | | | | Unknown |
| Account No: <br> Creditor # : 90 <br> MACKS LURE <br> 2514 EASY STREET <br> Wenatchee WA 98801 | | | | | | | Unknown |
| Account No: <br> Creditor # : 91 <br> MATHEW JEFFERY, DDS <br> 222 N. MISSION STREET <br> Wenatchee WA 98801 | | | DENTAL BILL | | | | Unknown |
| Account No: <br> Creditor # : 92 <br> MATHEWS SOLO CAM <br> PO BOX 367 <br> Sparta WI 54656 | | | NSF CHECKS | | | | $ 2,898.00 |

Sheet No. _20_ of _33_ continuation sheets attached to Schedule of    **Subtotal $**    $ 6,262.11
Creditors Holding Unsecured Nonpriority Claims
                                                                      **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07) - Cont.

In re  HIGH MOUNTAIN HUNTING SUPPLY                    ,        Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 93 MOCCASIN JOE 1415 CATALDO GULCH ROAD Cataldo ID 83810 | | | | | | *Unknown* |
| Account No: Creditor # : 94 MONEYTREE PO BOX 58363 Seattle WA 98138 | | PAYDAY LOAN | | | | $ 936.17 |
| Account No: Creditor # : 95 MORRELL MANUFACTURING, INC. 1721 HWY 71 NORTH Alma AR 72921 | | BUSINESS SUPPLIES | | | | $ 518.10 |
| Account No: Representing: MORRELL MANUFACTURING, INC. | | INTERREGIONAL CREDIT SYSTEMS PO BOX 1059 Hubertus WI 53033 | | | | |
| Account No: Representing: MORRELL MANUFACTURING, INC. | | PLOVIE LAW FIRM, PS PO BOX 878 Redmond WA 98073 | | | | |

Sheet No. _21_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,454.27

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,                  Case No. _____

**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 96**<br>*MUZZY OUTDOORS, LLC*<br>*110 BEASLEY ROAD*<br>*Cartersville GA 30120* | | | *STORE PRODUCT* | | | | *Unknown* |
| Account No:<br>**Creditor # : 97**<br>*NEC FINANCIAL SERVICES*<br>*250 PEHLE AVE, SUITE 704*<br>*Saddle Brook NJ 07663* | | | COLLECTION ACCOUNT | | | | $ 1,288.26 |
| Account No:<br>**Creditor # : 98**<br>*NEC FINANCIAL SERVICES, LLC*<br>*PO BOX 100558*<br>*Pasadena CA 91189* | | | | | | | $ 1,584.15 |
| Account No:<br>**Creditor # : 99**<br>*NEMO ARMS*<br>*3582 HWY 93 S*<br>*Kalispell MT 59901* | | | *STORE PRODUCT* | | | | *Unknown* |
| Account No:<br>**Creditor # : 100**<br>*NEW YORK LIFE*<br>*PO BOX 500*<br>*Minneapolis MN 55440* | | | *LIFE INSURANCE* | | | | $ 780.24 |

Sheet No. _22_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 3,652.65

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____
_____Debtor(s)_____                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 101** <br> **NORDSTROM BANK** <br> **PO BOX 79137** <br> **Phoenix AZ 85062** | | | **STORE ACCOUNT** | | | | $ 14,549.35 |
| Account No: <br> **Creditor # : 102** <br> **NORTHLAND FISHING TACKLE** <br> **1001 NAYLOR DR SE** <br> **Bemidji MN 56601** | | | **STORE PRODUCT** | | | | Unknown |
| Account No: <br> **Creditor # : 103** <br> **NORTHWEST HYDROPRINT** <br> **305 W. ARLAND AVE.** <br> **Montesano WA 98563** | | | **BUSINESS SUPPLIES** | | | | $ 618.02 |
| Account No: <br> **Creditor # : 104** <br> **NORTHWESTERN OUTDOORS** <br> **PO BOX 4269** <br> **Wenatchee WA 98807** | | | | | | | Unknown |
| Account No: <br> **Creditor # : 105** <br> **NUMERICA CREDIT UNION** <br> **PO BOX 4000** <br> **Veradale WA 99037** | | | **DEPT OF REV LEVY** | | | | $ 32,850.45 |

Sheet No. _23_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 48,017.82

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,     Case No. _____

           **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 106 <br> PALADIN COMMERCIAL GROUP <br> 12200 E. BRIARWOOD AVE. <br> SUITE 250 <br> Englewood CO 80112 | | | COLLECTION ACCOUNT <br> RE: LEGACY SPORTS INTERNATIONAL | | | | $ 34,320.00 |
| Account No: <br> Creditor # : 107 <br> PARAMOUNT PAYMENT SYSTEMS <br> 21214 SCHOFIELD DR <br> Gretna NE 68028 | | | CREDIT CARD MACHINE | | | | Unknown |
| Account No: <br> Creditor # : 108 <br> PATRICK SCHOTT <br> 1608 McKITTRICK ST <br> Wenatchee WA 98801 | | | GUN ON CONSIGNMENT | | | | $ 1,200.00 |
| Account No: <br> Creditor # : 109 <br> PAYPAL CREDIT SVCS / SYNCB <br> PO BOX 960080 <br> Orlando FL 32896 | | | CREDIT CARD | | | | $ 4,792.24 |
| Account No: <br> Creditor # : 110 <br> PHILADELPHIA INSURANCE COMPANIES <br> 231 SAINT ASAPH'S ROAD <br> Bala Cynwyd PA 19004 | | | INSURANCE | | | | Unknown |

Sheet No. _24_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      **Subtotal $**     $ 40,312.24

                                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_____ ,     Case No. _____
               **Debtor(s)**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 111 <br> PHILLIPS 66 CO / SYNCB <br> PO BOX 530942 <br> Atlanta GA 30353 | | CREDIT CARD | | | | $ 767.04 |
| Account No: <br> Creditor # : 112 <br> PLOVIE LAW FIRM, PS <br> PO BOX 878 <br> Redmond WA 98073 | | COLLECTION ACCOUNT <br> RE: ESCALADE SPORTS | | | | $ 14,432.03 |
| Account No: <br> Creditor # : 113 <br> RAND BRANDS <br> 3389 FAIRFIELD AVE <br> Bridgeport CT 06605 | | | | | | Unknown |
| Account No: <br> Creditor # : 114 <br> RIPCORD TECHNOLOGIES <br> 610 N MONTANA <br> Three Forks MT 59752 | | | | | | Unknown |
| Account No: <br> Creditor # : 115 <br> RSR GROUP, INC. <br> 4405 METRIC DRIVE <br> Winter Park FL 32792 | | RETURNED CHECKS | | | | $ 3,676.86 |

Sheet No. _25_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              **Subtotal $**          $ 18,875.93

              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,           Case No. _____
          **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 116*<br>*SCOTT ARCHERY, LLC*<br>*CLAY CITY*<br>*Clay City KY 40312* | | *INVOICE #14215* | | | | $ 1,730.00 |
| Account No:<br>*Creditor # : 117*<br>*SHELL*<br>*PO BOX 183018*<br>*Columbus OH 43218* | | *CREDIT CARD* | | | | $ 599.60 |
| Account No:<br>*Creditor # : 118*<br>*SHIMANO AMERICAN CORP*<br>*ONE HOLLAND*<br>*Irvine CA 92618* | | *SALES PRODUCT* | | | | $ 2,560.53 |
| Account No:<br>*Creditor # : 119*<br>*SILK SCREEN PRINTERS*<br>*3 ORONDO AVE*<br>*Wenatchee WA 98801* | | *PRINTING JOB* | | | | $ 236.26 |
| Account No:<br>*Creditor # : 120*<br>*SKAGIT SHOTTING SUPPLY*<br>*1340 BOUSLOG RD* | | | | | | *Unknown* |

Sheet No. _26_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 5,126.39 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____
                                    **Debtor(s)**                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 121 SLATER, TENAGLIA, FRITZ & HUNT, PA PO BOX 8500 Philadelphia PA 19178 | | COLLECTION ACCOUNT RE: HICKS, INC. | | | | $ 2,310.22 |
| **Account No:** Creditor # : 122 SPECIALIZED SAFETY PRODUCTS Moses Lake WA 98837 | | | | | | Unknown |
| **Account No:** Creditor # : 123 SPIKE'S TACTICAL, LLC 2036 APEX COURT Apopka FL 32703 | | BUSINESS SUPPLIES | | | | $ 4,840.00 |
| **Account No:** Creditor # : 124 STATE OF WASHINGTON DEPT. OF REVENUE PO BOX 220 Wenatchee WA 98807 | | | | | | $ 58,769.90 |
| **Account No:** Creditor # : 125 STOEGER INDUSTRIES PO BOX 64192 Baltimore MD 21264 | | SALES PRODUCT | | | | $ 7,421.45 |

Sheet No. _27_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 73,341.57 |
|---|---|---|
|  | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_____ ,     Case No._____

Debtor(s)                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 126** *STRIKE KING* *466 WASHINGTON ST.* *Collierville TN 38017* | | | *SALES PRODUCT* | | | | $ 5,162.17 |
| Account No: **Creditor # : 127** *STRIKE KING LURE* *466 WASHINGTON STREET* *Collierville TN 38017* | | | *BUSINESS SUPPLIES* | | | | $ 5,162.17 |
| Account No: *Representing:* *STRIKE KING LURE* | | | *CCC OF NY* *PO BOX 288* *Tonawanda NY 14151* | | | | |
| Account No: **Creditor # : 128** *SUPER DIPPING SAUCE* *PO BOX 141* *Riverside WA 98849* | | | | | | | *Unknown* |
| Account No: **Creditor # : 129** *SWAROVSKI OPTIK NORTH AMERICA* *2 SLATER ROAD* *Cranston RI 02920* | | | | | | | *Unknown* |

Sheet No. _28_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 10,324.34

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_ , Case No. _____
          **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 130 <br> THE COCA-COLA COMPANY <br> PO BOX 1734 <br> Atlanta GA 30301 | | | | | | *Unknown* |
| Account No: <br> Creditor # : 131 <br> THE HUNTING SHACK, INC. <br> 4406 RATHBUN LANE <br> Stevensville MT 59870 | | BUSINESS SUPPLIES | | | | $ 23,518.05 |
| Account No: <br> Creditor # : 132 <br> THE HUNTING SHACK, INC. <br> 4406 RATHBUN LANE <br> Stevensville MT 59870 | | | | | | *Unknown* |
| Account No: <br> Creditor # : 133 <br> TICA FISHING TACKLE USA, INC. <br> 6952 SOUTH 220TH STREET <br> Kent WA 98032 | | BUSINESS SUPPLIES | | | | $ 1,607.41 |
| Account No: <br> Representing: <br> TICA FISHING TACKLE USA, INC. | | CCC OF NY <br> PO BOX 288 <br> Tonawanda NY 14151 | | | | |

Sheet No. _29_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    **Subtotal $**        $ 25,125.46

                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _HIGH MOUNTAIN HUNTING SUPPLY_____ ,      Case No._____

**Debtor(s)**                                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 134<br>TRAVELERS<br>PO BOX 660317<br>Dallas TX 75266 | | INSURANCE | | | | $ 662.00 |
| Account No:<br><br>Representing:<br><br>TRAVELERS | | RMS<br>PO BOX 26446<br>Henrico VA 23233 | | | | |
| Account No:<br><br>Creditor # : 135<br>TSYS MERCHANT SOLUTIONS<br>PO BOX 3190<br>Omaha NE 68103 | | CREDIT CARD AGMT | | | | $ 50.95 |
| Account No:<br><br>Creditor # : 136<br>U.S. IMPACT, INC.<br>PO BOX 1746<br>Mandeville LA 70470 | | COLLECTION ACCOUNT<br>RE: LIPSEY'S INC. | | | | $ 989.81 |
| Account No:<br><br>Creditor # : 137<br>UPS<br>PO BOX 894820<br>Los Angeles CA 90189 | | DELIVERY SERVICES | | | | $ 488.16 |

Sheet No. _30_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 2,190.92 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _HIGH MOUNTAIN HUNTING SUPPLY_ ,                    Case No. _____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* UPS | | | NCO FINANCIAL PO BOX 9186 Dublin OH 43017 | | | | |
| Account No: Creditor # : 138 US BANK P.O. BOX 790408 Saint Louis MO 63179 | | | CREDIT LINE | | | | $ 876.96 |
| Account No: Creditor # : 139 US LINEN 2322 COLUMBIA DRIVE | | | | | | | Unknown |
| Account No: Creditor # : 140 VICTORY ARCHERY - USA 14145 DANIELSON STREET SUITE B Poway CA 92064 | | | | | | | Unknown |
| Account No: Creditor # : 141 VORTEX OPTICS 2120 GREENVIEW DR   53562 | | | OPTIC SUPPLIES AND SCOPES | | | | Unknown |

Sheet No. _31_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 876.96
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re HIGH MOUNTAIN HUNTING SUPPLY                                  ,     Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: **Creditor # : 142** *WASTE MANAGEMENT OF WENATCHEE* *PO BOX 541065* *Los Angeles CA 90054* | | *DISPOSAL SERVICE* | | | | $ 722.85 |
| Account No: *Representing:* *WASTE MANAGEMENT OF WENATCHEE* | | *RMS* *PO BOX 509* *Richfield OH 44286* | | | | |
| Account No: *Representing:* *WASTE MANAGEMENT OF WENATCHEE* | | *HIGH MOUNTAIN HUNTING* *2625 W. GRAND VIEW RD* *Phoenix AZ 85023* | | | | |
| Account No: **Creditor # : 143** *WEINSTEIN BEVERAGE COMPANY* *410 PETERS STREET* *Wenatchee WA 98801* | | | | | | *Unknown* |
| Account No: **Creditor # : 144** *WERKZ LTD.* *360 BUNYAN AVE.* *Berthoud CO 80513* | | *BUSINESS SUPPLIES* | | | | $ 3,741.69 |

Sheet No. _32_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 4,464.54 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *HIGH MOUNTAIN HUNTING SUPPLY* ,          Case No._____

       **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Representing:* **WERKZ LTD.** | | *LOVIK & JUHL, PLLC 1707 N. 45TH STREET SUITE 100 Seattle WA 98103* | | | | |
| Account No: *Creditor # : 145 WINNER'S CHOICE BOWSTRINGS, LLC 125 EAST ELKINS STREET Stanton KY 40380* | | | | | | *Unknown* |
| Account No: *Creditor # : 146 ZEN DISTRIBUTORS / TAGUA 2047 NW 24TH AVE Miami FL 33142* | | | | | | *Unknown* |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. *33* of *33* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        *$ 0.00*

**Total $**        *$ 739,119.40*

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re **HIGH MOUNTAIN HUNTING SUPPLY** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re _HIGH MOUNTAIN HUNTING SUPPLY_ _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| KELSEY & JENNIFER HILDERBRAND<br>2635 INDY LANE<br>WENATCHEE WA 98801 | ACUSPORT CORP.<br>ONE HUNTER PLACE<br>Bellefontaine OH 43311<br><br>ALL SPORTS - BIG ROCK SPORTS, LLC<br>PO BOX 1449<br>Graham NC 27253<br><br>AMAZON / SYNCHRONY BANK<br>PO BOX 960013<br>Orlando FL 32896<br><br>AMERICAN EXPRESS<br>P.O. BOX 650448<br>Dallas TX 75265<br><br>ASURIS NORTHWEST HEALTH<br>PO BOX 91130<br>Seattle WA 98111<br><br>BANK OF AMERICA<br>PO BOX 851001<br>Dallas TX 75285<br><br>BANK OF AMERICA<br>PO BOX 15220<br>Wilmington DE 19886<br><br>BENELLI USA<br>PO BOX 64671<br>Baltimore MD 21264<br><br>BERETTA USA<br>17601 BERETTA DRIVE<br>Accokeek MD 20607<br><br>BROWNING<br>ONE BROWNING PLACE<br>Morgan UT 84050 |

In re _HIGH MOUNTAIN HUNTING SUPPLY_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _KELSEY & JENNIFER HILDERBRAND...continued_ | _CAPITAL ONE BANK, USA NA_<br>_PO BOX 60599_<br>_City of Industry CA  91716_<br><br>_CARLSON CHOKE TUBES_<br>_PO BOX 162_<br>_Atwood KS  67730_<br><br>_CHARTER ARMS_<br>_18 BREWSTER LANE_<br>_Shelton CT  06484_<br><br>_CHASE CARDMEMBER SERVICE_<br>_PO BOX 94014_<br>_Palatine IL  60094_<br><br>_CHRISTENSEN ARMS_<br>_PO BOX 240_<br>_Gunnison UT  84634_ |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: *HIGH MOUNTAIN HUNTING SUPPLY, LLC*        Case No. _____

                              Debtor                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

     Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

*Year to date: 00.00*          *NET BUSINESS INCOME/LOSS*
*  Last Year: -962,132*       *SAME*
*Year before: -154,783*      *SAME*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *WEBB V. HIGH MOUNTAIN* | *DISCRIMINATION* | *USDC-EW* | *PENDING* |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: FOUNDATION BANK* *Address:* | *@7/14* | *Description: INVENTORY, TRAILER, FORKLIFT, RETAIL DISPLAYS* *Value: UNKNOWN. AUCTIONED ON 8/21/14* |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: MIKE HARRIS, BENELLI FIREARMS* *Address:* | *5/14* | *Description:  FIREARMS* *Value:  @32,000* |

---

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: JOHN W. BEUHLER JR.* *Address:* *S.  23 WENATCHEE AVE., #124* *POB 3880* *WENATCHEE, WA 98801* | *Date of Payment:* *Payor: HIGH MOUNTAIN HUNTING SUPPLY* | *$765.00* |

---

### 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

☒ None    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

## 11. Closed financial accounts

☒ None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 12. Safe deposit boxes

☒ None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

☒ None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

☐ None    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Owner: VARIOUS*<br>*Address:* | *Description: MISC FIREARMS*<br>*Value: UNKNOWN*<br><br>*VARIOUS FIREARMS WERE IN THE STORE FOR SALE ON CONSIGNMENT FROM THE OWNERS OF THE WEAPONS* | *223 N. MISSION,*<br>*WENATCHEE WQ* |

---

## 15. Prior address of debtor

☒ None    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

## 16. Spouses and Former Spouses

☒ None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *HIGH MOUNTAIN HUNTING SUPPLY, LLC* | *TaxPayer ID: 26-0330504* | *223 NORTH MISSION Wenatchee WA, 98801* | *HUNTING SUPPLIES AND EQUIPMENT* | *4/04 THROUGH 4/2014* |

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

14-03533-FPC7   Doc 1   Filed 09/30/14   Entered 09/30/14 15:38:23   Pg 56 of 61

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED

*Name: ZACH KERSCHNER, CPA*      *Dates: 2012-2014*
*Address: POB 788, CHELAN WA 98816*

None  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.
☒

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.
☐

NAME | ADDRESS

*Name: DEBTORS*
*ZACH KERSCHNER*

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.
☐

NAME | ADDRESS | DATES ISSUED

*FOUNDATION BANK*      *Dates: @6/13 TO*
*(VARIOUS OTHER VENDOIRS*      *FOUNDATION*
*REQUESTED AND RECEIVED*
*FINANCIAL STATEMENTS*
*BUT I CANNOT RECALL*
*SPECIFICALLY WHICH*
*ONES.)*

## 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

*Last: 2013*      *Supervisor: BY HIGH MOUNTAIN*      *Value:*
     *HUNTING EMPLOYEES. KEPT IN*      *Basis:*

Statement of Affairs - Page 6

| DATE<br>OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT<br>OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

*COUNTERPOINT POS SYSTEM*

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE<br>OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

*Last: 2013*

*Custodian: KELSEY HILDERBRAND*
*Address: 2635 INDY LANE, WENATCHEE WA*

### 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND<br>PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: DEBTORS*<br>*Address:* | *LLC MEMBERS* | *100% LLC MEMBERSHIP* |

### 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

### 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   __9/15/2014__      Signature   *__/s/ KELSEY HILDERBRAND__*

                                   *__KELSEY HILDERBRAND__*         *__MANAGING MEMBER__*
                                     Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

MANAGING MEMBER

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X _____        _____
    Signature of Bankruptcy Petition Preparer                                      Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

14-03533-FPC7    Doc 1    Filed 09/30/14    Entered 09/30/14 15:38:23    Pg 60 of 61

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re  *HIGH MOUNTAIN HUNTING SUPPLY, LLC*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *JOHN W. BEUHLER JR.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *765.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *765.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*335.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:  *9/15/2014*                          Respectfully submitted,

                                X */s/ JOHN W. BEUHLER JR.* _____
                Attorney for Petitioner:*JOHN W. BEUHLER JR.*
                                *JOHN BEUHLER LAW FIRM, PLLC*
                                *S.  23 WENATCHEE AVE., #124*
                                *POB 3880*
                                *WENATCHEE WA  98801*
                                *509 663-0531*
                                *john@jblaw.us*